TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Jerry Namba
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>BUCKET LIST EXPERIENCES, LLC,<br><br>Debtor. | Case No. 9:22-bk-10931-RC<br><br>Chapter 7<br><br>**SUPPLEMENTAL PROOF OF SERVICE RE NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Notice Of Filing Of Application Of Chapter 7 Trustee To Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. As General Bankruptcy Counsel** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Stella A Havkin stella@havkinandshrago.com, shavkinesq@gmail.com
- Jerry Namba (TR) jnambaepiq@earthlink.net,
- jnambalaw@yahoo.com;jn01@trustesolutions.net;paknamba@gmail.com
- United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
- Timothy J Yoo tjy@lnbyb.com

**2.  SERVED BY UNITED STATES MAIL**: On **March 1, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Ronald A. Clifford III
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 1, 2023 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:22-bk-10931-RC<br>Central District of California<br>Santa Barbara<br>Wed Mar  1 11:20:24 PST 2023 | Bucket List Experiences, LLC<br>28001 Dorothy Drive 3rd Floor<br>Agoura Hills, CA 91301-2609 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 |
| AAA Propane Service, Inc.<br>621 Maulhardt Ave.<br>Oxnard, CA 93030-7925 | Dakota Semler<br>1930 Village Center Circle, #3-3714<br>Las Vegas, NV 89134-6299 | Dr. Stephen Kaluse, DVM<br>311 N. Santa Anita  Ave.<br>Arcadia, CA 91006-2878 |
| EDD<br>PO Box 826880-Uipcd, MIC 40<br>Sacramento, CA 94280-0001 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Genfleet, LLC<br>3550 Tyburn Street<br>Los Angeles, CA 90065-1427 |
| Gt Design and Graphics Inc.<br>661 Cochran Street<br>Simi Valley, CA 93065-1939 | IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | Joshua  Castellanos<br>c/o Todd M. Fridman PC.<br>21550 Oxnard Street<br>Woodland Hills, CA 91367-7100 |
| Konica Minolta<br>100 Williams Drive<br>Ramsey, NJ 07446-2923 | Konica Minolta Business Solutions<br>c/o Lynn Fisher- Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446-1217 | LA County<br>Department of Consumer Affairs<br>500 W. Temple Street, Room B96<br>Los Angeles, CA 90012-3199 |
| LA District Attorney's Office<br>c/o Hoon Chun<br>211 W. Temple Street, Suite 1000<br>Los Angeles, CA 90012-4086 | Netsuite<br>500 Oracle Parkway<br>Redwood City, CA 94065-1677 | SKB Experiences LLC<br>dba Malibu Wine<br>32111 Mulholland Hwy<br>Malibu, CA 90265-2423 |
| State Compensation Insurance Fund<br>PO Box 51092<br>Los Angeles, CA 90051-5392 | TERESA MADRIGAL<br>2520 W. Britain Way<br>Anaheim, CA 92801-1413 | The Semler Companies, a CA LP<br>31727 Mullholland Hwy<br>Malibu, CA 90265-2704 |
| Two Doughs Pizza<br>28860 Roadside Dr.<br>Agoura Hills, CA 91301-3303 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Zendesk<br>989 Market St.<br>San Francisco, CA 94103-1708 |
| Zepeda Trucking Inc.<br>PO Box 833<br>Solvang, CA 93464-0833 | Jerry Namba (TR)<br>504 East Chapel Street<br>Santa Maria, CA 93454-4520 | Stella A Havkin<br>Havkin & Shrago<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367-5037 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27